STATE of Missouri, Respondent,

v.

**Leo A. WEBER, Appellant.**

**No. WD 44189.**

Missouri Court of Appeals,
Western District.

Jan. 7, 1992.

James L. McMullin, Kansas City, for appellant.

William L. Webster, Atty. Gen., Joseph P. Murray, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and BERREY and HANNA, JJ.

### ORDER

PER CURIAM.

This is an appeal from Leo A. Weber's convictions for sodomy, pursuant to § 566.-060 RSMo (1986). Weber received two ten-year sentences which were suspended and he was placed on probation for a period of five years.

The judgment of convictions are affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

**Bruce W. STEPHENS, Appellant.**

**No. WD 44342.**

Missouri Court of Appeals,
Western District.

Jan. 7, 1992.

Jane Garland, Columbia, for appellant.

Michael D. Fusselman, Columbia, for respondent.

Before KENNEDY, P.J., and FENNER and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

Appeal of conviction, following jury trial, of resisting arrest, in violation of § 575.-150, RSMo 1986.

Judgment affirmed. Rule 30.25(b).